JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEIDRI HENIFF, | Case No. EDCV 12-0288-DTB |
| Plaintiff, | |
| vs. | **J U D G M E N T** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: February 19, 2013

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1